168 So. 905
**Will HACKMAN v. STATE.**
6 Div. 933.

Court of Appeals of Alabama.
May 5, 1936.

RICE, Judge.
Appeal dismissed.

168 So. 905
**Joseph F. HALL v. STATE.**
6 Div. 912.

Court of Appeals of Alabama.
May 5, 1936.

SAMFORD, Judge.
Affirmed.

174 So. 900
**Foster HALLMAN v. STATE.**
6 Div. 104.

Court of Appeals of Alabama.
May 11, 1937.

BRICKEN, Presiding Judge.
Affirmed.

171 So. 923
**John HALLMAN v. STATE.**
6 Div. 98.

Court of Appeals of Alabama.
Dec. 15, 1936.

SAMFORD, Judge.
Affirmed.

169 So. 909
**H. H. HAMILTON v. CABLE–BURTON PIANO CO.**
8 Div. 343.

Court of Appeals of Alabama.
May 21, 1936.

PER CURIAM.
Appeal dismissed for want of prosecution.

167 So. 920
**Nathaniel HAMILTON v. CITY OF TUSCALOOSA.**
6 Div. 942.

Court of Appeals of Alabama.
April 23, 1936.

PER CURIAM.
Appeal dismissed for want of prosecution.

173 So. 919
**Reuben HAMILTON v. STATE.**
8 Div. 491.

Court of Appeals of Alabama.
Feb. 2, 1937.

SAMFORD, Judge.
Affirmed.

173 So. 919
**Lev (alias Lehl, alias Leive) HAMMOND, Jr., v. STATE.**
4 Div. 333.

Court of Appeals of Alabama.
April 13, 1937.

BRICKEN, Presiding Judge.
Affirmed.